# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2013
LT Case No. 16-2023-DR-3841

———————————————

MICKAEL ENOCH GIROUX,

    Appellant,

    v.

LINDSAY MARIE LABARBERA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Ashley Wells Cox, Judge.

Mickael Enoch Giroux, Jacksonville, pro se.

Corrine A. Bylund, of Bylund Law, PLLC, Jacksonville
Beach, for Appellee.

January 6, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____